1  YOUNG, MINNEY & CORR, LLP
   PAUL C. MINNEY, SBN 166989
2  WILLIAM J. TRINKLE, SBN 102280
   WENDY A. WALKER, SBN 295877
3  655 University Ave. Suite 150
   Sacramento, CA 95825
4  Telephone: (916) 646-1400
   Facsimile: (916) 646-1300
5

6  *Attorneys for Defendant,*
   HUMPHREYS UNIVERSITY
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | LEANNA MALAIVANH,                          ) NO.: 2:16-CV-01081-KJM-GGH
                                                )
12 |     Plaintiff,                             ) **STIPULATION AND ORDER**
                                                ) **EXTENDING TIME FOR**
13 |     v.                                     ) **DISPOSITIVE MOTIONS TO BE**
                                                ) **HEARD**
14 | HUMPHREYS COLLEGE; JESSE DE LA             )
     CRUZ; JDS CONSULTATION, INC.; and          )
15 | DOES 1 through 100, inclusive,             )
                                                )
16 |     Defendants.                            ) Complaint filed: May 20, 2016
                                                )
17                                              ) Amended Complaint filed: April 26, 2017

18 _____

19      All parties hereby stipulate and request that the Court enter an Order extending the time

20 for the parties to file dispositive motions by approximately 60 days. Good cause exists for the

21 request:

22      1.   The parties last appeared in this Court on January 13, 2017, and since that time

23 the parties exchanged initial disclosures. Thereafter, the parties stipulated and were ordered to

24 participate in the Voluntary Dispute Resolution Program (VDRP) on February 8, 2017, in an

25 effort to seek to resolve the action.

26      2.   The Court granted Defendants' Motions to Dismiss with leave to amend on

27 April 12, Plaintiff filed her Amended Complaint on April 26, and Defendants' Answers were

28 filed on May 10, 2017.

YOUNG, MINNEY
& CORR, LLP
655 UNIVERSITY AVENUE,
SUITE 150
SACRAMENTO, CA 95825

-1-
STIPULATION AND ORDER EXTENDING TIME FOR DISPOSITIVE MOTIONS TO BE HEARD

3. The date currently set by the Court's Scheduling Order is for all dispositive motions to be heard by August 11, 2017. If that date is not extended, all dispositive motions would need to be filed by July 14, per the local rules of the Eastern District of California.

4. The parties are seeking extra time to file dispositive motions based on the following:

    a. The parties attempted to mediate through the VDRP, but per the letter from Plaintiff's counsel submitted to the Court's VDRP coordinator on May 15 (attached hereto as Exhibit A), the neutral selected by the parties informed he would charge $975 per hour for the mediation. This was after the parties' negotiating at length to select the neutral, and working on mutually agreeable dates for the VDRP mediation. However, due to the high cost demanded by the VDRP neutral, the parties agreed to do a private mediation instead. The selection of another neutral and potential dates is required. The parties are currently in the process of selecting a new neutral and arranging for a date for the private mediation. The parties seek to complete the mediation prior to the need for drafting and filing dispositive motions. As a result of the difficulties with the VDRP mediation, the parties have been impaired in moving this case forward.

    b. As set forth in the joint status report filed with the Court on January 9, 2017, the parties agreed to complete all discovery necessary to a dispositive motion prior to any such motion being filed. On May 9, Defendant Humphreys noticed Plaintiff's deposition by oral examination. This deposition is necessary for Humphreys' dispositive motion. The deposition was noticed for May 31, but Plaintiff's counsel is unavailable. The parties are currently working on finding the soonest mutually agreeable date for this deposition.

    c. On May 10, 2017, in his Answer, Defendant Jesse De La Cruz filed a counterclaim against Plaintiff Leanna Malaivanh asserting a single cause

of action for unlawful audio recording pursuant to California Penal Code section 632. This is a new cause of action in this litigation. Ms. Malaivanh contends that this counterclaim lacks merit and that she is entitled to complete affirmative defenses, including but not limited to the expiration of the statute of limitations. These new issues will require additional discovery, and Ms. Malaivanh anticipates that the discovery deadline may need to be continued in this case. However, for the time being, all parties including Ms. Malaivanh agree that the dispositive motion deadline should be continued.

5. The parties herein agree to the extension of the date for dispositive motions to be heard by approximately 60 days, until October 6, 2017. No other date is extended.

6. The following dates contained in the Court's Scheduling Order shall remain the same, as follows:

  a. Designation of expert witnesses due by November 2, 2017;

  b. Rebuttal of expert witness disclosures due by December 4, 2017;

  c. Final discovery cutoff date January 24, 2018;

  d. The parties' joint pretrial conference statement due by February 16, 2018;

  e. The final pretrial conference is set for March 9, 2018 at 10:00 a.m.;

  f. Trial briefs are due by March 26, 2018; and

  g. The jury trial is set to start on April 9, 2018 at 9:00 a.m.

7. There have been no prior requests for extension of time for dispositive motions to be heard.

Respectfully Submitted,

Dated: May 24, 2017    **MASTAGNI HOLSTEDT, APC**

By: _____/s/ Grant A. Winter_____
GRANT A. WINTER
*Attorney for Plaintiff*
LEANNA MALAIVANH

*(Signatures continue)*

YOUNG, MINNEY
& CORR, LLP
655 UNIVERSITY AVENUE,
SUITE 150
SACRAMENTO, CA 95825

-3-
STIPULATION AND ORDER EXTENDING TIME FOR DISPOSITIVE MOTIONS TO BE HEARD

| | | |
|---|---|---|
| Dated: May 24, 2017 | | **YOUNG, MINNEY & CORR, LLP** |
| | By: | /s/ Wendy A. Walker |
| | | WENDY A. WALKER |
| | | *Attorney for Defendant* |
| | | HUMPHREYS UNIVERSITY |
| Dated: May 24, 2017 | | **THE LUNSFORD LAW FIRM** |
| | By: | /s/ Loren L. Lunsford |
| | | LOREN L. LUNSFORD |
| | | *Attorneys for Defendants* |
| | | JESSE DE LA CRUZ and JDS CONSULTATION, INC. |

## **ORDER**

Pursuant to stipulation, and for good cause shown, the parties' deadline to file dispositive motions is hereby extended to October 6, 2017.

IT IS SO ORDERED.

Dated: June 1, 2017.

_____
UNITED STATES DISTRICT JUDGE